UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                       Criminal No. 12-cr-90-01-SM

Joel Gordan

O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to November 2, 2012 at 4:30 p.m.; Trial is continued to the two-week period beginning November 14, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: August 30, 2012

cc: Jonathan R. Saxe, Esq.
    Terry L. Ollila, Esq.
    U.S. Marshal
    U.S. Probation