UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.           Criminal No. 12-cv-90-01 SM

<u>Joel Gordon</u>

## O R D E R

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted; Final Pretrial is rescheduled to January 11, 2013 at 9:30 a.m.; Trial is continued to the two-week period beginning January 23, 2013, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                 */s/ Steven J. McAuliffe*
                 Steven J. McAuliffe
                 United States District Judge

Date: November 1, 2012

cc: Jonathan R. Saxe, Esq.
  Terry L. Ollila, Esq.
  U.S. Marshal
  U.S. Probation